**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01880-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)


Q ILI-YAAS HAAKEEM FARRAKHAN-MUHAMMAD,[1]

     Applicant,

v.

JOHN OLIVER, Complex Warden,,

     Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

On August 31,2015, Applicant submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as

described in this Order.  Applicant will be directed to cure the following if he wishes to

pursue any claims in this Court in this action.  Any papers that Applicant files in

response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)      ___      is not submitted
(2)      ___      is missing affidavit

---

[1]  The Court notes that Mr. Q. IliYaas Farrakhan Muhammad, Inmate Register # 02791-088 is the same person as Q Ili-Yaas Haakeem Farrakhan-Muhammad, Christopher Mitchell, C. Eli-Jah Hakeem Muhammad, Elijah Hakeem Muhammad, and Caliph Ili-Yas Az-Hakeem Muhammad.  The Court further notes that Applicant is identified by the Federal Bureau of Prisons (BOP) as  Q Ili-Yaas Haakeem Farrakhan-Muhammad.

(3)   __    the certified prisoner's trust fund statement is not current for the **6-month period immediately preceding** this filing

(4)    X    Certificate showing balance in prison account is not current

(5)    __    is missing required financial information

(6)    __    is missing authorization to calculate and disburse filing fee payments

(7)    __    is missing an original signature by the prisoner

(8)    __    is not on proper form

(9)    __    names in caption do not match names in caption of complaint, petition or habeas application

(10)   __    other:

**Complaint, Petition or Application**:

(11)   __    is not submitted

(12)   __    is not on proper form

(13)   __    is missing an original signature by the prisoner

(14)   __    is missing page nos. __

(15)   __    uses et al. instead of listing all parties in caption

(16)   __    names in caption do not match names in text

(17)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18)   __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.  It is

FURTHER ORDERED that the Clerk of the Court is directed to cross-reference Applicant's name with each of the names listed in Footnote # 1 of this Order and to note his prisoner number on the Docket of this case.  It is

FURTHER ORDERED that Applicant is to use the name the BOP identifies him

as  in all filings with this Court.

      DATED August 31, 2015, at Denver, Colorado.

                    BY THE COURT:

                    s/ Gordon P. Gallagher
                    United States Magistrate Judge