IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01880-GPG

Q. ILI-YAAS HAAKEEM FARRAKHAN-MUHAMMAD,[1]

      Applicant,

v.

JOHN OLIVER, Complex Warden,

      Respondent.

---

## ORDER TO SHOW CAUSE

---

An Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 has been filed by Applicant, alleging that he is being held illegally.   Upon reading the Applicant, good cause appears.   It is

ORDERED that Respondent show cause **within twenty-one days from the date of this Order** why the Application should not be granted.   It is

FURTHER ORDERED that **within twenty-one days of Respondent's answer to the show cause order** Applicant may file a reply.   It is

FURTHER ORDERED that the Applicant shall remain in custody until further order.

Dated October 30, 2015.

BY THE COURT:

---

[1]   The Court notes that Mr. Q. Ili-Yaas Farrakhan Muhammad, Inmate Register # 02791-088 is the same person as Q Ili-Yaas Haakeem Farrakhan-Muhammad, Christopher Mitchell, C. Eli-Jah Hakeem Muhammad, Elijah Hakeem Muhammad, and Caliph Ili-Yas Az-Hakeem Muhammad.   The Court further notes that Applicant is identified by the Federal Bureau of Prisons (BOP) as Q Ili-Yaas Haakeem Farrakhan-Muhammad.

Gordon P. Gallagher
United States Magistrate Judge