IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01880-GPG

Q. ILI-YAAS HAAKEEM FARRAKHAN-MUHAMMAD,[1]

    Applicant,

v.

JOHN OLIVER, Complex Warden,

    Respondent.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED October 30, 2015, at Denver, Colorado.

                                                            BY THE COURT:

---

[1] The Court notes that Mr. Q. Ili-Yaas Farrakhan Muhammad, Inmate Register # 02791-088 is the same person as Q Ili-Yaas Haakeem Farrakhan-Muhammad, Christopher Mitchell, C. Eli-Jah Hakeem Muhammad, Elijah Hakeem Muhammad, and Caliph Ili-Yas Az-Hakeem Muhammad. The Court further notes that Applicant is identified by the Federal Bureau of Prisons (BOP) as Q Ili-Yaas Haakeem Farrakhan-Muhammad.

_____
Gordon P. Gallagher
United States Magistrate Judge